**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>DOUBLEVERIFY HOLDINGS, INC., MARK ZAGORSKI, and NICOLA ALLAIS,<br><br>        Defendants. | No. 1:25-cv-04332-AT<br><br>Judge Analisa Torres<br><br>CLASS ACTION |

**NOTICE OF MOTION AND MOTION OF THE PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff Electrical Workers Pension Fund, Local 103, I.B.E.W. and Teamsters Retirement Pension Plan (collectively, the "Pension Funds") respectfully move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) appointing the Pension Funds as Lead Plaintiff in the above-captioned action (the "Action"); (ii) approving the Pension Funds' selection of Labaton Keller Sucharow LLP ("Labaton") as Lead Counsel for the Class in the Action; and (iii) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that the Pension Funds are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  The Pension Funds have the "largest financial interest" in the relief sought by the Class in this Action.  The Pension Funds also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims, and because they will fairly and adequately represent the Class.  Further, the Pension Funds are paradigmatic lead plaintiffs envisioned by Congress in enacting the PSLRA because they are sophisticated institutional investors with a substantial financial stake in the litigation that will provide effective monitoring and supervision of counsel.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Pension Funds respectfully request that the Court grant this motion and enter an Order: (i) appointing the Pension Funds as Lead Plaintiff; (ii) approving the Pension

Funds' selection of Labaton as Lead Counsel for the Class; and (iii) granting such other and further

relief as the Court may deem just and proper.

DATED: July 21, 2025

Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville
Connor C. Boehme
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff and*
*Proposed Lead Counsel for the Class*