**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DOUBLEVERIFY HOLDINGS, INC., MARK ZAGORSKI, and NICOLA ALLAIS, <br><br> Defendants. | No. 1:25-cv-04332-AT <br><br> Judge Analisa Torres <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF THE MOTION OF THE PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff Electrical Workers Pension Fund, Local 103, I.B.E.W. and Teamsters Retirement Pension Plan (collectively, the "Pension Funds"), for the entry of an Order: (i) appointing the Pension Funds as Lead Plaintiff in the above-captioned Action; (ii) approving the Pension Funds' selection of Labaton as Lead Counsel for the Class in the Action; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certifications of the Pension Funds, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss Chart identifying the Pension Funds' transactions in DoubleVerify Holdings, Inc. common stock during the Class Period;

EXHIBIT C:   Joint Declaration of the Pension Funds;

EXHIBIT D:   Notice of the Action issued on *Business Wire*, on May 22, 2025;

EXHIBIT E:   Firm Resume of Labaton.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of July, 2025

*/s/ Francis P. McConville*
Francis P. McConville