**Exhibit A**

## CERTIFICATION

I, Michael P. Donovan, as Administrator of Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Local 103. I have reviewed a complaint prepared against DoubleVerify Holdings, Inc. ("DoubleVerify") alleging violations of the federal securities laws, and authorize the filing of this pleading;

2.      Local 103 did not purchase DoubleVerify common stock at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Local 103 is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Local 103 fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Local 103's transactions in DoubleVerify common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.      Local 103 has not sought to serve as a lead plaintiff or representative party in any class actions filed under the federal securities laws during the last three years;

6.      Beyond its pro rata share of any recovery, Local 103 will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 21 day of May, 2025.

Michael P. Donovan
Administrator
Electrical Workers Pension Fund, Local 103,
I.B.E.W.

2

## EXHIBIT A

### TRANSACTIONS IN DOUBLEVERIFY HOLDINGS, INC.

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 04/19/2024 | 11,809 | $30.0390 | ($354,730.55) |

## **CERTIFICATION**

I, Thomas Erickson, as Chairman of the Board of Teamsters Retirement Pension Plan ("Teamsters RPP"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Teamsters RPP.  I have reviewed a complaint filed against DoubleVerify Holdings, Inc. ("DoubleVerify") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      Teamsters RPP did not purchase DoubleVerify common stock at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Teamsters RPP is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Teamsters RPP fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Teamsters RPP's transactions in DoubleVerify common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.      Teamsters RPP has not sought to serve as a lead plaintiff or representative party in any class actions filed under the federal securities laws during the last three years;

6.      Beyond its pro rata share of any recovery, Teamsters RPP will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 15th day of July, 2025.

Richard Erickson
2025-07-15 23:37 UTC

Thomas Erickson
Chairman of the Board
Teamsters Retirement Pension Plan

2

**EXHIBIT A**

**TRANSACTIONS IN DOUBLEVERIFY HOLDINGS, INC. COMMON STOCK**

| Transaction Type | Trade Date | Shares | Share Price | Cost/ Proceeds |
|---|---|---|---|---|
| Purchases | 2/2/2024 | 1,143 | $41.76 | ($47,726.31) |
| Purchases | 2/2/2024 | 56 | $41.54 | ($2,326.24) |
| Purchases | 2/2/2024 | 188 | $41.75 | ($7,849.00) |
| Purchases | 2/5/2024 | 2,654 | $41.58 | ($110,345.62) |
| Purchases | 2/5/2024 | 777 | $41.56 | ($32,290.72) |
| Purchases | 2/6/2024 | 2,104 | $41.59 | ($87,503.68) |
| Purchases | 2/6/2024 | 561 | $41.23 | ($23,130.25) |
| Purchases | 2/7/2024 | 1,182 | $41.76 | ($49,363.63) |
| Purchases | 2/7/2024 | 2,335 | $41.82 | ($97,640.36) |
| Purchases | 3/7/2024 | 4,000 | $31.87 | ($127,480.00) |
| Sales | 7/12/2024 | (917) | $20.03 | $18,363.20 |
| Sales | 7/15/2024 | (14,083) | $19.87 | $279,782.74 |

3