**Exhibit B**

**LOSS ANALYSIS**

**Filed Class Period: 11/10/23 to 2/27/25**


**DoubleVerify Holdings Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price | [1] |
|---|---|---|---|---|---|
| DV | 25862V105 | US25862V1052 | BMDX9Z7 | $13.6556 | |


**Teamsters Retirement Pension Plan**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 02/02/24 | 1,143 | $41.7553 | ($47,726.31) |
| Purchases | 02/02/24 | 56 | $41.5400 | ($2,326.24) |
| Purchases | 02/02/24 | 188 | $41.7500 | ($7,849.00) |
| Purchases | 02/05/24 | 2,654 | $41.5771 | ($110,345.62) |
| Purchases | 02/05/24 | 777 | $41.5582 | ($32,290.72) |
| Purchases | 02/06/24 | 2,104 | $41.5892 | ($87,503.68) |
| Purchases | 02/06/24 | 561 | $41.2304 | ($23,130.25) |
| Purchases | 02/07/24 | 1,182 | $41.7628 | ($49,363.63) |
| Purchases | 02/07/24 | 2,335 | $41.8160 | ($97,640.36) |
| Purchases | 03/07/24 | 4,000 | $31.8700 | ($127,480.00) |
| *Class Period Purchases:* | | *15,000* | | *($585,655.81)* |
| | | | | |
| Sales | 07/12/24 | -917 | $20.0253 | $18,363.20 |
| Sales | 07/15/24 | -14,083 | $19.8667 | $279,782.74 |
| *Class Period Sales that match to Class Period Purchases:* | | *-15,000* | | *$298,145.94* |
| | Shares Held: | 0 | $13.6556 | $0.00 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($287,509.88)** |

| | |
|---|---|
| Total Shares Bought: | 15,000 |
| Total Net Shares: | 0 |
| Total Net Expenditures: | ($287,509.88) |

[1] *Value of shares held is the mean trading price from 02/28/25 - 05/28/25.*

**LOSS ANALYSIS**

**Filed Class Period: 11/10/23 to 2/27/25**

**DoubleVerify Holdings Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| DV | 25862V105 | US25862V1052 | BMDX9Z7 | $13.6556 |

**Electrical Workers Pension Fund, Local 103, I.B.E.W.**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Purchases | 04/19/24 | 11,809 | $30.0390 | ($354,730.55) |
| *Class Period Purchases:* | | *11,809* | | *($354,730.55)* |
| | | | | |
| *Class Period Sales that match to Class Period Purchases:* | | *0* | | *$0.00* |
| | Shares Held: | 11,809 | $13.6556 | $161,258.98 |

|  |  |
|---|---|
| **LIFO Gain/(Loss):** | **($193,471.57)** |

| | |
|---|---|
| Total Shares Bought: | 11,809 |
| Total Net Shares: | 11,809 |
| Total Net Expenditures: | ($354,730.55) |

| | |
|---|---|
| **AGGREGATE (ALL FUNDS) TOTAL LIFO (LOSS):** | **($480,981.45)** |

[1] *Value of shares held is the mean trading price from 02/28/25 - 05/28/25.*