**Exhibit D**

May 22, 2025 4:08 PM Eastern Daylight Time

## Labaton Keller Sucharow LLP Files Securities Class Action Against DoubleVerify Holdings, Inc. and Certain of Its Executives

Share     · · ·

NEW YORK--(BUSINESS WIRE)--Labaton Keller Sucharow LLP ("Labaton") has filed a securities class action lawsuit (the "Action") on behalf of its client the Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103") against DoubleVerify Holdings, Inc. ("DoubleVerify" or the "Company") (NYSE: DV) and certain of its executives (collectively, "Defendants"). The Action, which is captioned *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. DoubleVerify Holdings, Inc.*, No. 25-cv-04332 (S.D.N.Y.) asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, on behalf of persons and entities that purchased or otherwise acquired DoubleVerify common stock between November 10, 2023, and February 27, 2025, inclusive (the "Class Period").

DoubleVerify administers a software platform for digital media measurement and related services. The Action alleges that, throughout the Class Period, Defendants failed to disclose that: (a) DoubleVerify's customers were shifting their ad spending from open exchanges to closed platforms, where the Company's technological capabilities were limited and competed directly with native tools provided by platforms like Meta Platforms and Amazon; (b) DoubleVerify's ability to monetize on Activation Services, the Company's high-margin advertising optimization services segment, was limited because the development of its technology for closed platforms was significantly more expensive and time-consuming than disclosed to investors; (c) DoubleVerify's Activation Services in connection with certain closed platforms would take several years to monetize; (d) DoubleVerify's competitors were better positioned to incorporate AI into their offerings on closed platforms, which impaired DoubleVerify's ability to compete effectively and adversely impacted the Company's profits; (e) DoubleVerify systematically overbilled its customers for ad impressions served to declared bots operating out of known data center server farms; (f) DoubleVerify's risk disclosures were materially false and misleading because they characterized adverse facts that had already materialized as mere possibilities; and (g) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially false and/or misleading or lacked a reasonable basis.

The truth about this fraud was revealed through a series of disclosures culminating in February 2025 and March 2025. In February 2025, DoubleVerify reported disappointing earnings and disclosed a multiyear deceleration trend due to the suspension of DoubleVerify services by a large customer. On this news, the price of DoubleVerify stock fell 36 percent. Then, in March 2025, market research company Adalytics Research released a report claiming that DoubleVerify's web advertisement verification and fraud protection services are ineffective, and that DoubleVerify customers are regularly billed for ad impressions served to declared bots operating out of known data center server farms.

If you purchased or acquired DoubleVerify common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **July 21, 2025**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Connor C. Boehme, Esq. of Labaton at (212) 907-0780, or via email at cboehme@labaton.com. You can view a copy of the Complaint online here.

Local 103 is represented by Labaton, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $4.5 trillion. Labaton's litigation reputation is built on its half-century of securities litigation experience, more than ninety full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, Delaware, London, and Washington, D.C. More information about Labaton is available at labaton.com.

## Contacts

Connor Boehme, Esq.

Labaton Keller Sucharow LLP

(212) 907-0780

cboehme@labaton.com