UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED:  7/22/2025           │
└─────────────────────────────────┘
```

ELECTRICAL WORKERS PENSION FUND,
LOCAL 103, I.B.E.W., Individually and on
Behalf of All Others Similarly Situated,

                             Plaintiff,

             -against-

DOUBLEVERIFY HOLDINGS, INC., MARK
ZAGORSKI, and NICOLA ALLAIS,

                             Defendants.

25 Civ. 4332 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Plaintiff's motion to appoint a lead plaintiff and lead counsel, as well as the accompanying memorandum of law, declaration, and proposed order. ECF Nos. 12–15. Accordingly, by **August 19, 2025**, Defendants shall file their response. By **September 2, 2025**, Plaintiff shall file its reply, if any.

By **July 25, 2025**, Plaintiff shall serve a copy of the motion, and all accompanying materials, ECF Nos. 12–15, on Defendants. By that **same date**, Plaintiff shall file proof of such service on the docket.

SO ORDERED.

Dated: July 22, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge