USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/29/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUBLEVERIFY HOLDINGS, INC., MARK ZAGORSKI, and NICOLA ALLAIS,<br><br>        Defendants. | No. 1:25-cv-04332-AT |

**STIPULATION AND ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, Plaintiff Electrical Workers Pension Fund Local 103, I.B.E.W. initiated the above-captioned action on May 22, 2025, on behalf of a putative class of shareholders of DoubleVerify Holdings, Inc. ("DoubleVerify"), alleging that DoubleVerify, Mark Zagorski, and Nicola Allais (collectively, the "Defendants") made false and misleading statements to investors.

WHEREAS, this case is a securities fraud action governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which provides that any person or persons wishing to be appointed lead plaintiff(s) shall move the Court in which the action is pending to appoint lead plaintiff(s) and lead counsel within 60 days after the publication of the initial notice announcing the filing of the action. 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).

WHEREAS, the required notice under the PSLRA was published by counsel for Plaintiff on May 22, 2025.  Accordingly, motions seeking appointment as lead plaintiff were due on or before July 21, 2025, 60 days after the publication date.

WHEREAS, on June 2, 2025, the Court ordered the parties to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by August 4, 2025.  ECF No. 10.

WHEREAS, on July 21, 2025 Electrical Workers Pension Fund, Local 103, I.B.E.W. and Teamsters Retirement Pension Plan filed the only timely motion for lead plaintiff appointment. ECF Nos. 12-15.

WHEREAS, on July 22, 2025, the Court ordered that by August 19, 2025, Defendants shall file a response to the motion to appoint a lead plaintiff and lead counsel and that by September 2, 2025, Plaintiff shall file its reply.  ECF No. 16.

WHEREAS, to avoid the time and expense of premature motion practice and to preserve certainty in filing dates for all parties, the parties believe that the existing deadlines for the Defendants to answer, move, or otherwise respond to the Complaint should be adjourned and any related deadlines or time limitations suspended until (a) a lead plaintiff is appointed and (b) after a consolidated and/or amended complaint is filed.

WHEREAS, there have been no requests for an extension of time previously made in this matter.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, as follows:

1. Defendants shall not be required to answer or otherwise respond to the Complaint, and hereby are expressly relieved from answering or otherwise responding to the Complaint until such time as is set forth below.

2. The deadline for the parties to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order and all related deadlines are continued until after the entry of an order appointing lead plaintiff.

3. Pursuant to the Court's July 22, 2025 order, Defendants hereby accept service of Plaintiff's motion for appointment as lead plaintiff and all accompanying materials.

4. Within ten days of the entry of an order appointing lead plaintiff in the above-captioned action, the parties will submit for the Court's approval a revised schedule for filing any consolidated and/or amended complaint and Defendants' response to the operative complaint for the Court's consideration.

5. Williams & Connolly hereby accepts service of the summons and complaint on behalf of all Defendants in the above-captioned action, without waiving any defenses that may be available to them, including, but not limited to, lack of personal jurisdiction.

DATED: July 25, 2025

*/s/ Sarah F. Kirkpatrick*

**WILLIAMS & CONNOLLY LLP**
Sarah F. Kirkpatrick
680 Maine Ave. S.W.
Washington, DC 20024
Telephone: (202) 434-5958
Facsimile: (202) 434-5029
SKirkpatrick@wc.com


*Counsel for Defendants*

*/s/ Francis P. McConville*

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville
Connor C. Boehme
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com


*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*


**IT IS SO ORDERED:**

DATED:  July 29, 2025
              New York, New York

HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE