

Francis P. McConville
Partner
Labaton Keller Sucharow LLP
140 Broadway
New York, New York 10005
212.907.0650
fmcconville@labaton.com

August 1, 2025

**By ECF**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. DoubleVerify Holdings, Inc.*, No. 25-cv-04332-AT

Dear Judge Analisa Torres:

    This firm represents proposed Lead Plaintiff, Electrical Workers Pension Fund Local 103, I.B.E.W. and Teamsters Retirement Pension Plan, in the above captioned manner.  Pursuant to the Court's Order dated June 2, 2025 (ECF No. 9), the parties respectfully submit this joint letter advising the Court that they do not consent to conducting all proceedings before the assigned Magistrate Judge.

    Respectfully Submitted,

*/s/ Sarah F. Kirkpatrick*

**WILLIAMS & CONNOLLY LLP**
Sarah F. Kirkpatrick
680 Maine Ave. S.W.
Washington, DC 20024
Telephone: (202) 434-5958
Facsimile: (202) 434-5029
SKirkpatrick@wc.com

*Counsel for Defendants*

*/s/ Francis P. McConville*

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville
Connor C. Boehme
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Clas*

 New York | Delaware | Washington, D.C.