**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>DOUBLEVERIFY HOLDINGS, INC., MARK ZAGORSKI, and NICOLA ALLAIS,<br><br>*Defendants*. | Civil Action No. 1:25-cv-04432-AT<br><br>**DEFENDANTS' RESPONSE TO THE PENSION FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

Defendants DoubleVerify Holdings, Inc., Mark Zagorski, and Nicola Allais ("Defendants") take no position at this time on Plaintiffs Electrical Workers Pension Fund, Local 103, I.B.E.W., and Teamsters Retirement Pension Plan's motion to appoint them as lead plaintiffs and to approve of their selection of Labaton Keller Sucharow LLP as lead counsel. Defendants, however, reserve all rights to challenge, at an appropriate time, the selected Lead Plaintiff(s) pursuant to Rule 23 of the Federal Rules of Civil Procedure.

Dated: August 18, 2025

Respectfully submitted,

By: */s/ George A. Borden*

WILLIAMS & CONNOLLY LLP

George A. Borden
Robert A. Van Kirk*
F. Gregory Bowman*
Sarah F. Kirkpatrick*
Samuel M. Lazerwitz**

650 Fifth Avenue, Suite 1500
New York, NY 10019
Tel: (202) 434-5000
Fax: (202) 434-5029

gborden@wc.com

\*_Pro hac vice_ applications forthcoming
\*\*Application for admission forthcoming

_Counsel for Defendants DoubleVerify Holdings, Inc., Mark Zagorski, and Nicola Allais_

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

*/s/ George A. Borden*
George A. Borden