UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DOUBLEVERIFY HOLDINGS, INC. SECURITIES LITIGATION | No. 1:25-CV-04332-LJL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Electrical Workers Pension Fund, Local 103, I.B.E.W. and Teamsters Retirement Pension Plan hereby voluntarily dismiss this action without prejudice.

DATED: December 22, 2025

Respectfully submitted,

*/s/ Lauren A. Ormsbee*
**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee
Danielle S. Lazarus
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lormsbee@labaton.com
dlazarus@labaton.com

*Counsel for Lead Plaintiffs and Lead Counsel for the Proposed Class*